No. 65618.—Louis Greenberg & Son, Inc., and Ross Products, Inc. *v.* United States, protests 60/28816 and 60/27271 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material

respects to those the subject of Abstract 62984, the claim of the plaintiffs was sustained.